IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EDWARD CHARLES PICKETT, #182 000, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO.: 2:17-CV-739-WHA ) [WO] |
| CORIZON HEALTH, | ) ) |
| Defendant. | ) |

**<u>ORDER</u>**

This case is before the court on a Recommendation of the Magistrate Judge entered on November 3, 2017. Doc. 3. There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this action is transferred to the United States District Court for the Northern District of Alabama under 28 U.S.C. § 1404.

The Clerk of the Court is DIRECTED to take the necessary steps to effectuate the transfer of this action.

Done, this 4th day of December, 2017.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE